IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR136 |
| vs. | ORDER |
| SIDNEY G. WEAVER, JR., | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed Motion to Continue Final Dispositional Hearing (filing 68) is granted.

2. Defendant Sidney G. Weaver, Jr.'s violation of supervised release hearing is continued to March 14, 2018, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of January, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge