IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>SIDNEY G. WEAVER, JR.,<br><br>　　　　　　　　Defendant. | 8:13CR136<br><br>**ORDER** |

　　　Defendant Sidney G. Weaver, Jr. appeared before the court on March 29, 2018 on a Second Amended Petition for Warrant or Summons for Offender Under Supervision [80]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention, however, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Gerrard.

　　　**IT IS ORDERED:**

　　　1.　A final dispositional hearing will be held before Judge Gerrard in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 17, 2018 at 1:00 p.m. Defendant must be present in person.

　　　2　The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

　　　3.　The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

　　　Dated this 30th day of March, 2018.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　United States Magistrate Judge